IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-292-bbc

WILLIAM POLLARD, DR. R. MCQUEENEY,
DR. RICHARD HEIDORN, R.N. JEANANNA
ZWIERS, JOHN DOE DIRECTOR,
JAMES E. DOYLE and RICK RAEMISCH,

    Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice.


_____     8/5/10
Peter Oppeneer, Clerk of Court         Date